UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRESTON ALONZO HOWELL,

    Petitioner,

  v.

RONALD A. BECKLEY,

    Respondent.

No.  2:16-cv-1812 CKD P

ORDER

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, petitioner has not filed a request to proceed in forma pauperis or paid the $5.00 filing fee.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Clerk of the Court is directed to send petitioner an "Application to Proceed In Forma Pauperis By a Prisoner."

    2.  Within thirty days, petitioner shall complete and return that form to the court or submit the $5.00 filing fee.  Petitioner's failure to comply with this order will result in dismissal.

Dated:  August 8, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/howe1812.ifp